AO 442 (Rev. 11/11) Arrest Warrant          13653-480          PID: 10647702

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Alejandro Hernandez<br>*Defendant* | )<br>)  Case No.  1:18-cr-345 (03) RP<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Alejandro Hernandez                                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute and Distribute a Controlled Substance (Methamphetamine)

Date:   10/02/2018                                                              K. Wallace
                                                                          *Issuing officer's signature*

City and state:   Austin, Texas                                    Katherine Wallace, Courtroom Deputy
                                                                          *Printed name and title*

---

### Return

This warrant was received on *(date)* 10-2-2018, and the person was arrested on *(date)* 10-3-2018
at *(city and state)*  Austin, Texas (already in USMS custody)

Date:  10-3-18                                                           _____ #16907
                                                                          *Arresting officer's signature*

                                                                          Detective J. Darcy
                                                                          *Printed name and title*