UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| USA | § § § | |
| vs. | § | NO:  AU:18-CR-00345(3)-RP |
| | § § | |
| (3) Alejandro Hernandez | § | |

ORDER ACCEPTING WAIVER OF
PERSONAL APPEARANCE AT ARRAIGNMENT

Defendant filed a Notice of Waiver of Personal Appearance at Arraignment, signed by defendant and defendant's attorney, in which defendant affirms:

• Defendant has received a copy of the charging document;
• Defendant has read the charging document or had it read to him/her;
• Defendant understands that he/she has the right to personally appear at arraignment; and
• Defendant desires to waive personal appearance at arraignment and reading of the charging document, and tender a plea of "not guilty."

Pursuant to Federal Rule of Criminal Procedure 10(b), the Court hereby ACCEPTS the waiver of appearance and directs that a plea of NOT GUILTY be entered for defendant.

It is so **ORDERED** this **9th day of October, 2018**.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE